## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY GELLATLY and CEARA NARIO-REDMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGREE REALTY CORPORATION,<br><br>Defendant. | Case No. 2:17-cv-01117<br><br>Filed Electronically |

## STIPULATION OF DISMISSAL

Plaintiffs, Emily Gellatly and Ceara Nario-Redmond, and Defendant, Agree Realty Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Emily Gellatly, Ceara Nario-Redmond and Agree Realty Corporation;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 17, 2018                                                  Respectfully Submitted,

*/s/ Benjamin J. Sweet*                                              */s/ Mark A. Knueve*
Benjamin J. Sweet                                                    Mark A. Knueve
bsweet@carlsonlynch.com                                              maknueve@vorys.com
Elizabeth Pollock-Avery                                              Meredith J. Caplan
eavery@carlsonlynch.com                                              mjcaplan@vorys.com
**CARLSON LYNCH SWEET**                                              **VORYS SATER SEYMOUR**
**KILPELA & CARPENTER, LLP**                                         **AND PEASE LLP**

| | |
|---|---|
| 1133 Penn Ave., 5th Floor<br>Pittsburgh, PA 15222<br>T: (412) 253-6359<br>F: (412) 231-0246<br><br>*Counsel for Plaintiffs* | 500 Grant Street, Suite 4900<br>Pittsburgh, PA 15219<br>T: (412) 904-7704<br>F: (412) 904-7804<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on May 17, 2018.

*/s/ Benjamin J. Sweet*_____
